EDISON TOWNSHIP BOARD OF EDUCATION v. EDISON
TOWNSHIP EDUCATION ASSOCIATION.

Dec. 20, 1979.  Petitions for certification denied.

AURORA HONIG v. JERSEY AREA FOOD TRANSPORT, INC.

Dec. 20, 1979.  Petition for certification denied.

STATE OF NEW JERSEY v. SALVATORE "SAM"
BADELAMENTI.

Dec. 20, 1979.  Petition for certification denied.

STATE OF NEW JERSEY v. SALVATORE "SAM"
BADELAMENTI.

Dec. 20, 1979.  Cross-Petition for certification denied.

STATE OF NEW JERSEY v. ANTHONY CARMINATI.

Dec. 20, 1979.  Petition for certification denied.

THE BERKLEY CONDOMINIUM RESIDENCES, INC. v. THE
BERKLEY CONDOMINIUM ASSOCIATION, INC.

Dec. 20, 1979.  Petition for certification granted.